IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIMS,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. G. CASIAN,<br><br>    Defendant. | No. C 13-01796 SBA (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has not paid the filing fee or filed a motion for leave to proceed in forma pauperis ("IFP"). Even though he has not filed an IFP application, he submitted his Certificate of Funds and prison trust account statement.

The acts complained of occurred at the R. J. Donovan Correctional Facility, which is located in the Southern District of California, and it appears that Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 5/30/13

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\CR.13\Sims1796.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE RONALD SIMS et al,

        Plaintiff,

  v.

IN RE RONALD SIMS et al,

        Defendant.

Case Number: CV13-01796 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Sims B58662
P.O. Box 799001
FA-4-214-L
San Diego, CA 92179

Dated: May 30, 2013

                                        Richard W. Wieking, Clerk
                                        By: Lisa Clark, Deputy Clerk