# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIMS,<br>CDC #B-58662,<br><br>                         Plaintiff,<br><br>vs.<br><br>G. CASIAN,<br><br>                         Defendant. | Civil No.   13cv1271 BTM (KSC)<br><br>**ORDER DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1)** |

      Plaintiff, a state inmate currently incarcerated at the Richard J. Donovan Correctional Facility ("RJD") in San Diego, California and proceeding pro se, initially filed a civil rights Complaint pursuant to 42 U.S.C. §1983 in the Northern District of California. Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") [ECF No. 12]. On May 30, 2013, United States District Judge Saundra Armstrong determined that the acts complained of in this action occurred at RJD and therefore, transferred the matter to the Southern District of California. [ECF No. 9].

Before the Court could conduct the required sua sponte screening, Plaintiff filed a First Amended Complaint. [ECF No. 7.]

## I. Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP. *See* 28 U.S.C. § 1915A(a), (c). The Court must sua sponte dismiss prisoner complaints, or any portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

Plaintiff's First Amended Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C. § 1915A(b)(1) because it appears to be duplicative of a case Plaintiff is currently litigating. Plaintiff's First Amended Complaint contains identical claims that are found in *Sims v. Casian, et al.*, S.D. Cal. Civil Case No. 12cv3064 IEG (JMA). A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal quotations omitted). Because Plaintiff is already litigating the same claims presented in the instant action in *Sims v. Casian, et al.*, S.D. Cal. Civil Case No. 12cv3064 IEG (JMA), the Court hereby **DISMISSES** Civil Case No. 13cv1271 BTM (KSC) pursuant to 28 U.S.C. § 1915A(b)(1). *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

/ / /

/ / /

/ / /

## II. Conclusion and Order

Good cause appearing, **IT IS HEREBY ORDERED** that:

Plaintiff's Complaint in Civil Case No. 13cv1271 BTM (KSC) is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion for Leave to Proceed IFP is **DENIED** as moot. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: June 19, 2013

BARRY TED MOSKOWITZ, Chief Judge
United States District Court